```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOHN L. EDWARDS,

                Plaintiff,
                                                                    ORDER
         - against -                                                11-CV-4693(RRM) (LB)

ELMHURST HOSPITAL CENTER,

                Defendant.
-------------------------------------------------------------------X
```
ROSLYNN R. MAUSKOPF, United States District Judge.

By motion filed August 27, 2012, defendant moved to dismiss plaintiff's *pro se* complaint. By Order entered on the same day, this Court referred that motion to the assigned Magistrate Judge, the Honorable Lois Bloom, for a Report and Recommendation. On February 15, 2013, Judge Bloom issued a Report and Recommendation (the "R&R") recommending that plaintiff's motion be granted. Judge Bloom reminded the parties that, pursuant to Rule 72(b), any objection to the R&R was due within 14 days from service of the R&R. No party has filed any objection.

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Accordingly, it is hereby ORDERED that defendant's motion to dismiss is GRANTED with prejudice. The Clerk of Court is respectfully directed to dismiss plaintiff's complaint and close the case. The Clerk of Court is further directed to mail a copy of this Order and the accompanying judgment to plaintiff.

SO ORDERED.

Dated: Brooklyn, New York  
      March 6, 2013

*Roslynn R. Mauskopf*  
_____  
ROSLYNN R. MAUSKOPF  
United States District Judge