UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN L. EDWARDS,

        Plaintiff,

**JUDGMENT**

- against -      11-CV-4693 (RRM) (LB)

ELMHURST HOSPITAL CENTER,

        Defendant.
------------------------------------------------------------------X
ROSLYNN R. MAUSKOPF, United States District Judge.

      An Order of the Honorable Roslynn R. Mauskopf, United States District Judge, having been filed on March 6, 2013, adopting the Report & Recommendation of the Honorable Lois Bloom, United States Magistrate Judge, dismissing plaintiff's complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, it is

      ORDERED and ADJUDGED that plaintiff take nothing from defendant, and this action is dismissed with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       March 6, 2013

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge